UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  Hon. Jose L. Linares,
United States District Judge

v.  :  Criminal No. 09-759 (JLL)
Criminal No. 09-864 (JLL)

RONALD MANZO  :  **ORDER DENYING MODIFICATION OF
PRETRIAL RELEASE CONDITIONS**

This matter having been opened to the Court on the motion by Ronald Manzo (Samuel E. DeLuca, Esq., appearing) for an Order modifying the defendant's pretrial release conditions, namely the removal of the house arrest and electronic monitoring conditions imposed, and requiring weekly telephonic reporting to the Pretrial Services. The Court, having considered the papers submitted, makes the following findings in support of its Order:

1. On July 23, 2009, the defendant was arrested and charged in two separate Criminal Complaints - Crim. Nos. 09-8138 (MCA) and 09-8144 (MCA) - with conspiring to obstruct, delay and affect interstate commerce (Hobbs Act), in violation of Title 18, United States Code, Section 1951(a). Each of the Complaints alleged that the defendant served as an intermediary who accepted, and later delivered, corrupt cash payments and illicit campaign contributions to the co-defendants charged in each respective Complaint.

2.   On July 23, 2009, the Honorable Madeline Cox Arleo, U.S.M.J., released the defendant on a $500,000 bond that was secured by the equity in the defendant's personal property. Because the defendant was already serving a 3-year probation sentence for various federal criminal convictions, including conspiracy to defraud the United States, fraud by means of manipulative and deceptive devices and perjury, and because he was facing up to 20 years' imprisonment on each Complaint filed against him, the defendant was, among other conditions, placed on house arrest and ordered to submit to electronic monitoring pending the disposition of the charges against him.

3.   On October 6, 2009, a federal grand jury sitting in Newark returned a six-count Indictment, Crim. No. 09-759 (JLL), against the defendant and his brother, Louis Manzo. The Indictment charged each with conspiring to obstruct, delay and affect interstate commerce, attempting to obstruct, delay and affect interstate commerce, and traveling in interstate commerce to promote, carry on and facilitate bribery (Travel Act), in violation of Title 18, United States Code, Sections 1951(a) and 1952(a)(3) and Section 2. On April 20, 2010, the grand jury returned a Superseding Indictment against the defendant and his brother, charging them with an additional count of mail fraud, in violation of Title 18, United States, Code, Section 1341 and Section 2.

4.      On November 17, 2009, a grand jury sitting in Newark returned an unrelated, three-count Indictment, Crim. No. 09-864 (JLL), against the defendant and Dennis Elwell.  The Indictment charged each with conspiring to obstruct, delay and affect interstate commerce, obstructing, delaying and affecting interstate commerce and accepting corrupt payments, in violation of Title 18, United States Code, Sections 1951(a) and 666(a)(1)(B) and Section 2.  Trial in this case is scheduled to begin in February 2011.

5.      As a result of the above, the defendant now stands charged in two separate Indictments, each of which carry up to 20 years' imprisonment.  Furthermore, the defendant must still stand trial for violating the conditions of his probation, resulting from a series of other federal felony convictions.  The defendant also fails to state any change in circumstances that would militate in favor of modifying his pretrial release conditions, as requested.

THEREFORE, IT IS on this 30th day of November, 2010

ORDERED, that the defendant's motion for modification of his bail, namely removal of the house arrest and electronic monitoring conditions imposed, and requiring weekly telephonic reporting to the Pretrial Services, is DENIED; and it is

3

FURTHER ORDERED that the pretrial release conditions set by U.S. Magistrate Judge Arleo are therefore continued and the defendant's obligations thereunder shall remain in full force and effect.

```
                              _____
                              HONORABLE JOSE L. LINARES
                              UNITED STATES DISTRICT JUDGE
```