UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

U.S. DISTRICT COURT

2011 MAY 12  P 2: 06

UNITED STATES OF AMERICA        :

     v.        :

                                     :

DENNIS ELWELL and
RONALD MANZO                    :        Crim. No. 09-864 (JLL)

CONSENT ORDER MODIFYING BAIL

This matter having been opened to the Court by Peter R. Willis, Esq., of Willis & Young, P.C., on behalf of defendant Ronald Manzo, requesting an Order modifying the conditions of defendant's bail, and for good cause shown:

IT IS on this 12 day of May 2011, hereby:

ORDERED that the conditions of defendant Manzo's release are modified to eliminate the conditions of home confinement and electronic monitoring; and it is further

ORDERED that the conditions of defendant Manzo's release are modified to increase the amount of defendant's secured appearance bond by an additional $500,000, such that the amount of the secured appearance bond would be $1 million; and it is further

ORDERED that the property currently posted contains sufficient equity to satisfy the increase in the amount of the secured appearance bond, pursuant to Local Rule 46; and it is further

ORDERED that all other conditions of defendant's release remain in full force and effect.

_____
Honorable Jose L. Linares, U.S.D.J.

Dated:        May 12, 2011