2009R00922
MN/ja

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Honorable Jose L. Linares |
| *Plaintiff*, | Criminal No. 09-864 |
| v. | FINAL ORDER OF FORFEITURE |
| RONALD MANZO, | |
| *Defendant.* | |

**WHEREAS**, on November 17, 2009, the United States filed an Indictment, charging defendant Ronald Manzo with conspiracy to obstruct commerce by extortion under color of official right in violation of Title 18, United States Code, Section 1951(a) (Count One); attempted extortion under color of official right, in violation of Section 1951(a) and Section 2 (Count Two); and acceptance of a corrupt payment, in violation of Title 18 United States Code, Section 666(a)(1)(B) and Section 2 (Count Three); and

**WHEREAS**, on May 12, 2011, Ronald Manzo pleaded guilty to Count One of the Indictment, pursuant to a plea agreement between defendant and the United States (the "Plea Agreement"), whereby defendant Ronald Manzo agreed to the forfeiture of $42,500.00 in United States currency; and

**WHEREAS**, on May 13, 2011, a Consent Judgment and Preliminary Order of Forfeiture between the United States and defendant Ronald Manzo was entered, under which the defendant agreed, pursuant to Title 18, United

States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), to the forfeiture of $42,500 in United States currency (the "Property") for a violation of Title 18, United States Code, Section 1951; and

**WHEREAS,** pursuant to Title 21, United States Code, Section 853(n)(1), a Notice of Forfeiture with respect to the Property was posted on an official government internet site, namely www.forfeiture.gov, beginning on June 3, 2011, and running for thirty consecutive days through July 3, 2011 (*see* Exhibit A to the Declaration of Maureen Nakly with Exhibits); and

**WHEREAS** no claims or answers have been filed against the Property within the time permitted;

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED**:

**THAT** a Final Order of Forfeiture is entered against $42,500 in United States currency and no right, title or interest in the Property shall exist in any other party; and

**THAT** any and all forfeited funds, including but not limited to currency, currency equivalents, and certificates of deposits, as well as any income derived as a result of the United States Marshals Service's management of any property forfeited herein, after the payment of costs and expenses incurred in connection with the forfeiture and disposition of the forfeited property, shall be deposited forthwith by the United States Marshals Service into the Department of Justice Asset Forfeiture Fund, in accordance with the law.

The Clerk is hereby directed to send copies to all counsel of record.

**ORDERED** this ___1ST___ day of ___MAY___, 2012.

_____
Honorable Jose L. Linares
United States District Judge